IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02428–WYD–KMT

DONNA EDMINSTER,

    Plaintiff,

v.

THE CARE GROUP AT INDIAN TREE, L.L.C.,
CARE GROUP AT ARVADA CENTER, LLC,
THE CARE GROUP AT BOULDER RESERVOIR, L.L.C.,
OSCAR SALEM, and
ANDREW SALEM,

    Defendants.

## ORDER

This matter is before the court on the "Stipulated Motion with Regard to First Amended Complaint and Related Matters" (Doc. No. 22, filed December 13, 2010).

Fed. R. Civ. P. 15(a)(2) provides that a party may amend its pleading only with the opposing party's written consent or with the court's leave. Here, the parties have stipulated to the filing of the First Amended Complaint and Jury Demand. Therefore, it is

ORDERED that the Motion (Doc. No. 22) is GRANTED. Plaintiff shall file her First Amended Complaint and Jury Demand no later than December 15, 2010. Defendants The Care Group at Indian Tree, LLC, The Care Group at Arvada Center, LLC, and The Care Group at

Boulder Reservoir, LLC shall file their answer or otherwise respond to the First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(3).

Dated this 14th day of December, 2010.

BY THE COURT:

*/s/ Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge