IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02428-WYD-KMT

DONNA EDMINSTER, On Behalf of Herself And All Others Similarly Situated;
AMANDA FRANKLIN;
HOLLIE CONTREARAS;
LEANNDRA NICHOLE MANKE;
NATASHA PINO,

    Plaintiffs,

v.

THE CARE GROUP AT INDIAN TREE, L.L.C.;
CARE GROUP AT ARVADA CENTER, LLC;
THE CARE GROUP AT BOULDER RESERVOIR, L.L.C.;
OSCAR SALEM; and
ANDREW SALEM,

    Defendants.

## ORDER

    THIS MATTER comes before the Court on Defendant The Care Group at Boulder Reservoir, LLC's Unopposed Motion to Dismiss (ECF No. 27) pursuant to Fed. R. Civ. P. 12(b)(6).  After carefully reviewing the pleadings and the file in this matter, I find that the motion should be granted.  Accordingly, it is

    ORDERED that Defendant The Care Group at Boulder Reservoir, LLC's Unopposed Motion to Dismiss (ECF No. 27) is **GRANTED**.  Plaintiffs' claims against The Care Group at Boulder Reservoir, LLC are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees.  It is

    FURTHER ORDERED that the Clerk of the Court shall amend the case caption

to reflect the dismissal.

       Dated:  January 4, 2011

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Chief United States District Judge